JOURNAL ENTRY AND OPINION
SUA SPONTE PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED. THE PETITION IS NOT SUPPORTED BY AN AFFIDAVIT THAT SPECIFIES THE DETAILS OF PETITIONERS CLAIM AS REQUIRED BY LOC.APP.R. 45(B)(1)(A). COSTS TO PETITIONER. SEE HADLOCK v. McFAUL (1995), 105 OHIO APP.3d 24, 663 N.E.2d 667.
Judge JAMES D. SWEENEY, Concurs, Judge PATRICIA A. BLACKMON, Concurs
 ___________________________________ Presiding Judge, TERRENCE O'DONNELL